UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

HUSEYIN ULGER,

     Petitioner,

  -v-                                 No. 20 CV 2952-LTS

WILLIAM BARR, in his official capacity as the Attorney General of the United States, et al.,

     Respondents.

-------------------------------------------------------x

## ORDER

The Court has examined the Petition filed pursuant to 28 U.S.C. § 2241 in this action and has determined that it should not be dismissed summarily. Given the limited availability of mail operations during the COVID-19 health crisis, the Court will notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued by emailing a copy of this Order to the Office's Chief of the Immigration Unit. The U.S. Attorney's office is directed to file by **Tuesday, April 21, 2020, at 12:00 p.m.**, an answer or other pleadings in response to the Petition. Petitioner may file reply papers, if any, by **Thursday, April 23, 2020, at 5:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       April 14, 2020

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge