**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HUSEYIN ULGER,

                Petitioner,                20 **CIVIL** 2952 (LTS)

    -against-                      **JUDGMENT**

WILLIAM BARR et al.,

                Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated April 29, 2020, the Petition is denied in its entirety, judgment is entered in Respondents' favor; accordingly, this case is closed.

**DATED:**  New York, New York
          April 30, 2020

                                                             **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                         BY:
                                                               _____
                                                              **Deputy Clerk**